| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mark Lee Mascaro**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6414<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   20–10172–JCM | | |

# Order of Discharge                                                                                   12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Mark Lee Mascaro

   <u>6/16/25</u>                                                               **By the court:** <u>John C Melaragno</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10172-JCM |
| Mark Lee Mascaro | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 16, 2025 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Lee Mascaro, 916 Fulton Street, Erie, PA 16503-1612 |
| 15209905 | | Associated Clinical Lab, P.O. Box 740631, Cincinnati, OH 45274-0631 |
| 15209906 | | Capital One/Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15209910 | + | EHCA, 226 East 27th Street, Erie, PA 16504-1088 |
| 15209913 | + | Forest County Tax Claim Bureau, 526 Elm Street, Box 10, Tionesta, PA 16353-9724 |
| 15209916 | | Mellon Bank N.A., P.O. Box 13834, Philadelphia, PA 19101 |
| 15209920 | | Pennsylvania Farm Service Agency, 359 East Park Drive, Suite 1, Harrisburg, PA 17111-2747 |
| 15209922 | + | Robert J. Crawley, Esquire, 425 Commerce Drive, Suite 150, Forst Washington, PA 19034-2727 |
| 15209927 | | UPMC Community Medicine, c/of CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 17 2025 03:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 17 2025 03:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: Q3GTBI | Jun 17 2025 03:57:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 17 2025 00:10:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | EDI: PRA.COM | Jun 17 2025 03:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Jun 17 2025 00:10:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15233279 | | EDI: Q3GTBI | Jun 17 2025 03:57:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15209907 | | EDI: JPMORGANCHASE | Jun 17 2025 03:57:00 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 15209908 | + | Email/Text: bankruptcy@cavps.com | Jun 17 2025 00:11:00 | CitiBank N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15209909 | + | Email/Text: bknotice@raslavrar.com | Jun 17 2025 00:09:00 | CitiBank, N.A., c/of RAS LaVrar LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA |

Case 20-10172-JCM   Doc 75   Filed 06/18/25   Entered 06/19/25 00:35:50   Desc Imaged
                            Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 16, 2025 | Form ID: 3180W | Total Noticed: 41 |

| Recipient ID | | Notice Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| 15240212 | | EDI: CITICORP | Jun 17 2025 03:57:00 | 19034-2727 Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15209912 | + | Email/Text: bankruptcy@huntington.com | Jun 17 2025 00:10:00 | First Western Bank FSB, now Huntington Bank, 101 East Washington Street, New Castle, PA 16101-3755 |
| 15209914 | + | EDI: CITICORP | Jun 17 2025 03:57:00 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15239959 | | EDI: JEFFERSONCAP.COM | Jun 17 2025 03:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15229463 | + | Email/Text: RASEBN@raslg.com | Jun 17 2025 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15209915 | ^ | MEBN | Jun 17 2025 00:00:43 | Key Bank, P.O. Box 94968, Cleveland, OH 44101-4968 |
| 15239781 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 17 2025 00:10:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 15221603 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2025 00:18:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15209918 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2025 00:18:59 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 15209917 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2025 00:17:15 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15209919 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2025 00:10:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15237796 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2025 00:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15231339 | | EDI: PRA.COM | Jun 17 2025 03:57:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15209921 | | Email/Text: blegal@phfa.org | Jun 17 2025 00:10:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, P.O. Box 15530, Harrisburg, PA 17105-5530 |
| 15209923 | | Email/Text: bankruptcy@sw-credit.com | Jun 17 2025 00:10:00 | Southwest Credit Systems, LP, P.O. Box 650784, Dallas, TX 75265-0784 |
| 15210733 | ^ | MEBN | Jun 17 2025 00:01:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15209924 | + | EDI: SYNC | Jun 17 2025 03:57:00 | Synchrony Bank/Lowes, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15209925 | + | EDI: Q3GTBI | Jun 17 2025 03:57:00 | The Bureaus, Inc., 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15209928 | ^ | MEBN | Jun 17 2025 00:00:51 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7980 |
| 15233996 | | Email/Text: BNCnotices@dcmservices.com | Jun 17 2025 00:10:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15233991 | | Email/Text: BNCnotices@dcmservices.com | Jun 17 2025 00:10:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15209926 | + | Email/Text: BAN1418@UCBINC.COM | Jun 17 2025 00:09:00 | United Collection Bureau, P.O. Box 1418, Maumee, OH 43537-8418 |

TOTAL: 32

Case 20-10172-JCM    Doc 75    Filed 06/18/25    Entered 06/19/25 00:35:50    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2025 | Form ID: 3180W | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15209911 | ## | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Lois M. Vitti | on behalf of Creditor Pennsylvania Housing Finance Agency nicole@vittilaw.com loismvitti@vittilaw.com |
| Matthew Fissel | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Michael S. Jan Janin | on behalf of Debtor Mark Lee Mascaro mjanjanin@quinnfirm.com mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6